UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:24-cv-00806-SVW-AS | Date | June 5, 2024 |
|---|---|---|---|
| Title | Gevorg Harutyunyan v. David Radel et al | | |

JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| N/A | N/A | |

**Proceedings:**   IN CHAMBERS ORDER DISMISSING ACTION

The Court, on May 17, 2024, issued an order to show cause why this action should not be dismissed for lack of prosecution.

Plaintiff's response was due nolater than May 24, 2024.

To date, plaintiff has failed to respond.

The Court orders the case dismissed.

|  | : |
|---|---|
| Initials of Preparer | PMC |